# Carl Badalich & Associates

Established 1974 | Insurance Agency

450 CR 3419
Emory, Texas 75440
Phone: (903) 473-2275
Corpus Christi: (361) 855-9356



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 31 2017
TYLER TEXAS
PAM ESTES, CLERK

July 28, 2017

Hon. Pam Estes
Clerk, Twelfth Court of Appeals
1517 West Front Street
Tyler, TX 75702

Re: Case No. 12-16-00258-CV; *Sherry Lynn Badalich and Carl Badalich v. First National Bank of Winnsboro.*

Dear Ms. Estes:

We are in receipt of your July 27, 2017 letter advising that Attorney Volberding's Motion to Withdraw was granted. I received his motion Monday, July 24, 2017, and it appears the Court granted his motion before I could respond.

The purpose of this letter is to urge the court to not cancel the oral argument set for September. We agree with Attorney Volberding's statement that the case is "fact intensive" and oral argument would be helpful to the Court in reaching the correct decision.

It is our intention to pay Attorney Volberding in full with the hope that he will resume representing us. We have already paid him some $17,000 for just his legal services, not including the several hundred dollars we paid for associated costs. We urge that this shows our good faith. If he will not resume his representation, we intend to hire another lawyer to handle the oral argument. Attorney Volberding's withdrawal does not diminish the need for oral argument in the case.

For these reasons, we respectfully urge the court to leave the scheduled oral argument on its calendar.

Very truly yours,

/s/ Carl Badalich
Carl Badalich

/s/ Sherry Badalich
Sherry Badalich

cc: Mr. James w. Volberding